MARCIE KEENAN FARANO (State Bar No. 177939)
MATTHEW A. RICHARDS (State Bar No. 233166)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

DEBORAH L. THAXTER (*pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Attorneys for Plaintiff Panthera Railcar LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| PANTHERA RAIL CAR LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KASGRO RAIL CORPORATION, a Pennsylvania corporation, KASGRO LEASING, LLC, KR LOGISTICS, LLC, and KASGRO RAIL CAR MANAGEMENT,<br><br>　　　　　Defendants. | Case No.: CV 12-06458 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed: December 20, 2012 |

# STIPULATION

WHEREAS the Complaint in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), was filed December 20, 2012;

WHEREAS pursuant to the Case Management Conference Order (Docket No. 27) in this action, the Initial Case Management Conference ("CMC") is presently set for April 26, 2013 at 2:30 p.m. in Courtroom 10, the Honorable Susan Illston presiding;

WHEREAS Marcie Keenan Farano, counsel for Plaintiff Panthera Rail Car LLC will be out of the country and unavailable on April 26, 2013; and

WHEREAS all parties and their counsel are presently available on May 3, 2013, and have agreed to a brief continuance of the Initial CMC until that date;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Panthera Rail Car LLC, on the one hand, and Defendants Kasgro Rail Corporation, Kasgro Leasing, LLC, KR Logistics, LLC, and Kasgro Rail Car Management, on the other hand:

1. The Initial CMC in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), shall be continued until May 3, 2013, at 2:30 p.m., or the first available date thereafter that is convenient for the Court.

2. All deadlines set by the Case Management Conference Order and/or by the Federal Rules of Civil Procedure and/or in relation to the original CMC date shall be continued and reset based on the new CMC date.

**IT IS SO STIPULATED.**

Dated: February 21, 2013             NIXON PEABODY LLP


                                     By:    */s/ Marcie Keenan Farano*
                                            MARCIE KEENAN FARANO
                                            Attorneys for Plaintiff Panthera Railcar LLC

# ATTESTATION CLAUSE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 21, 2013     QUARLES & BRADY LLP

By: /s/ *John C. Schaak*
    STEVEN J. BERRYMAN
    JOHN C. SCHAAK
    JAMES E. GOLDSCHMIDT
    Attorneys for Defendants Kasgro Rail
    Corporation, Kasgro Leasing, LLC, and Kasgro
    Rail Car Management

Dated: February 21, 2013     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ *Steven B. Sacks*
    STEVEN B. SACKS
    Attorneys for Defendants Kasgro Rail
    Corporation, Kasgro Leasing, LLC, and Kasgro
    Rail Car Management

Dated: February 21, 2013     STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: /s/ *Lucas E. Gilmore*
    JEFFREY H. LOWENTHAL
    LUCAS E. GILMORE
    Attorneys for Defendant KR Logistics, LLC

Dated: February 21, 2013     ROSE & deJONG S.C.

By: /s/ *Lora L. LoCoco*
    DOUGLAS W. ROSE
    LORA L. LOCOCO
    Attorneys for Defendants KR Logistics, LLC

-3-

14331698.1

STIPULATION TO CONTINUE INITIAL CMC
CASE NO.: C 12-6458 LB

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause showing, the Court orders as follows:

1. The Initial CMC in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), is continued until May 3, 2013, at 2:30 p.m., or _____, 2013, the first available date thereafter that is convenient for the Court.

2. All deadlines set by the Case Management Conference Order and/or by the Federal Rules of Civil Procedure and/or in relation to the original CMC date shall be continued and reset based on the new CMC date.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE