MARCIE KEENAN FARANO (State Bar No. 177939)
MATTHEW A. RICHARDS (State Bar No. 233166)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

DEBORAH L. THAXTER (*pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone: (617) 345-1000
Facsimile: (617) 345-1300

Attorneys for Plaintiff Panthera Railcar LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| PANTHERA RAIL CAR LLC,<br><br>Plaintiff,<br><br>vs.<br><br>KASGRO RAIL CORPORATION, a Pennsylvania corporation, KASGRO LEASING, LLC, KR LOGISTICS, LLC, and KASGRO RAIL CAR MANAGEMENT,<br><br>Defendants. | Case No.: CV 12-06458 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 19, 2013, HEARING ON DEFENDANTS' MOTIONS TO DISMISS OR TRANSFER ACTION AND TO CONTINUE MAY 2, 2013, INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: December 20, 2012 |

# **STIPULATION**

WHEREAS the Amended Complaint in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), was filed on February 15, 2013;

WHEREAS all Defendants filed motions to dismiss or transfer this action and the Court recently set those motions for hearing on April 19, 2013;

WHEREAS the subject motions are fully briefed and pending;

WHEREAS Deborah Thaxter, counsel for Plaintiff Panthera Rail Car LLC, will be on a prescheduled vacation and unavailable on April 19, 2013;

WHEREAS the parties, having met and conferred regarding their availability for a rescheduled hearing on the Court's regular motion calendar, have been unable to find a mutually agreeable date in May on which the Court is also available;

WHEREAS the parties are available for a hearing on May 13, 2013, or May 14, 2013, in the alternative, seek the Court's leave to have the motions to dismiss or transfer heard on one of these days, and have been informed by the Court that the hearing can be set for May 14, 2013 at 4:00 p.m.;

WHEREAS the Initial Case Management Conference ("CMC") in this action is presently set for May 2, 2013 at 2:30 p.m. in Courtroom 10;

WHEREAS the parties desire to have Defendants' motions to dismiss or transfer heard and decided prior to the Initial CMC in this action; and

WHEREAS the parties, having met and conferred regarding their availability for an Initial CMC in June, have agreed to a brief continuance of the Initial CMC until June 28, 2013;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Panthera Rail Car LLC, on the one hand, and Defendants Kasgro Rail Corporation, Kasgro Leasing, LLC, KR Logistics, LLC, and Kasgro Rail Car Management, on the other hand, as follows:

1. The parties seek the Court's leave to have the hearing on Defendants' pending motions to dismiss or transfer filed in the above captioned matter continued until May 14, 2013, at 4:00 p.m. in Courtroom 10, or such other time on May 14, 2013, as is convenient to the Court.

2. The Initial CMC in the above-captioned matter shall be continued until June 28, 2013, at 2:30 p.m. in Courtroom 10.

-2-

**IT IS SO STIPULATED.**

Dated: April 9, 2013                          NIXON PEABODY LLP


                                              By:  /s/ Marcie Keenan Farano
                                                   MARCIE KEENAN FARANO
                                                   Attorneys for Plaintiff Panthera Railcar LLC


Dated: April 9, 2013                          QUARLES & BRADY LLP


                                              By: /s/ John C. Schaak
                                                   STEVEN J. BERRYMAN
                                                   JOHN C. SCHAAK
                                                   JAMES E. GOLDSCHMIDT
                                                   Attorneys for Defendants Kasgro Rail
                                                   Corporation, Kasgro Leasing, LLC, and Kasgro
                                                   Rail Car Management


Dated: April 9, 2013                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                              By: /s/ Steven B. Sacks
                                                   STEVEN B. SACKS
                                                   Attorneys for Defendants Kasgro Rail
                                                   Corporation, Kasgro Leasing, LLC, and Kasgro
                                                   Rail Car Management


Dated: April 9, 2013                          STEYER LOWENTHAL BOODROOKAS ALVAREZ
                                              & SMITH LLP


                                              By: /s/ Jeffrey H. Lowenthal
                                                   JEFFREY H. LOWENTHAL
                                                   GABRIEL D. ZELDIN
                                                   Attorneys for Defendant KR Logistics, LLC

-3-

| | | |
|---|---|---|
| Dated: April 9, 2013 | | ROSE & deJONG S.C. |

By: */s/ Lora L. LoCoco*
    DOUGLAS W. ROSE
    LORA L. LOCOCO
    Attorneys for Defendants KR Logistics, LLC

## **ATTESTATION CLAUSE**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest that I have obtained from each of the other signatories to this document—indicated above by a "conformed" (*/s/*) signature—their concurrence to the e-filing of this document in its present form, which shall serve in lieu of their respective signatures on this document.

Dated: April 9, 2013                        NIXON PEABODY LLP

By:   */s/ Marcie Keenan Farano*
       MARCIE KEENAN FARANO
       Attorneys for Plaintiff Panthera Railcar LLC

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties as set forth above, and for good cause showing, the Court orders as follows:

1. The hearing on the pending motions to dismiss or transfer filed by all defendants in the above- captioned matter shall be continued until May 14, 2013, at 4:00 p.m. in Courtroom 10.

2. The Initial CMC in the above-captioned matter shall be continued until June 28, 2013, at 2:30 p.m. in Courtroom 10.

**IT IS SO ORDERED**.

Dated: April __15 2013



HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE